IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA SCHAEFFER,<br><br>   *Plaintiff,*<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 17-2846 |

## ORDER

**AND NOW**, this 25th day of June, 2018, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells recommending remand for further consideration (ECF No. 15), and given that neither Schaeffer nor the Commissioner has objected to the report, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

2. Plaintiff's Request for Review (ECF No. 3) is **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation;

3. Judgment is entered in favor of Plaintiff; and,

---

[1] When no objection is made to a Report and Recommendation, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Oldrati v. Apfel*, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998). No clear error appears on the face of the record and the Court accordingly accepts Judge Carol Sandra Moore Wells' Recommendation.

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                        BY THE COURT:

                        ***/s/ Gerald J. Pappert***
                        GERALD J. PAPPERT, J.